**FILED**

IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FOR THE DISTRICT OF NEW MEXICO

FEB 2 7 2020

| IN THE MATTER OF THE SEARCH OF | ) | |
|---|---|---|
| 13B County Road 56 | ) Case No. 20-MR-372 | MITCHELL R. ELFERS |
| Chamita, New Mexico 87566 | ) | CLERK |

## ORDER GRANTING MOTION TO UNSEAL CASE

THIS MATTER having come before the Court on the United States Motion to Unseal Case, and having considered the grounds set forth in that motion, finds that is it well taken and should be granted.

IT IS HEREBY ORDERED that the case and all documents, including the search warrant, as well as the application and the affidavit thereto, issued on February 25, 2020 filed in the above-captioned case shall be unsealed.

_____
Kirtan Khalsa
United States Magistrate Judge